*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00797-CV

Arthur **GONZALES** and Doyle Weaver,
Appellants

v.

Irma **WELLS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 07-760-C
Honorable Spencer Brown, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  February 4, 2009

DISMISSED

Appellants have filed a motion indicating that the parties have fully resolved and settled all issues in dispute. Because the parties have reached a final settlement of all issues raised in this appeal, appellants ask that we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants' motion to dismiss is granted, and this appeal is dismissed. The parties have agreed that each party will bear his or her own costs; therefore, costs of appeal are taxed against the parties who incurred them. *See id.* at (d).

PER CURIAM